**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDEEP NAYAK,** | : | |
| Plaintiff | : | No. 1:14-cv-01053 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **VOITH TURBO, INC.,** | : | (Magistrate Judge Schwab) |
| Defendant | : | |

## ORDER

**AND NOW,** on this 8th day of April 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 48) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 49) are **OVERRULED**;

3. Defendant's motion to dismiss (Doc. No. 14) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff's claims arising under Title VII, and his state law claims for breach of contract, fraud, wrongful termination and civil conspiracy, are **DISMISSED WITH PREJUDICE**;

    b. Plaintiff's state law claim for intentional infliction of emotional distress is **NOT DISMISSED**;

4. Plaintiff's first motion to invalidate the release agreement (Doc. No. 7) is **DENIED**;

5. Plaintiff's motion to amend in order to file his proposed amended complaint of August 8, 2014 (Doc. No. 28) is **DENIED**;

6. Plaintiff's motion "to temporarily set aside or disregard Judge Caldwell's opinion in <u>Nayak v. GCA Law Firm, et al.</u>," (Doc. No. 36) is **DENIED**;

7. Plaintiff's motion for oral argument (Doc. No. 50) is **DENIED**;

8. Plaintiff's motion for the recusal of Magistrate Judge Schwab (Doc. No. 51) is **DENIED**;

9. Plaintiff's motion to appoint counsel (Doc. No. 60) is **DENIED**;

10. Plaintiff may file an amended complaint in accordance with the foregoing memorandum within 21 days of the date of this order; and,

11. The case is referred back to Magistrate Judge Schwab for pre-trial management, including resolution of any pending motions and, if necessary, a Report and Recommendation on same.

S/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania