**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SANDEEP NAYAK, | : | |
|     Plaintiff | : | No. 1:14-cv-1053 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| VOITH TURBO, INC. et al., | : | (Magistrate Judge Schwab) |
|     Defendants | : | |

## ORDER

**AND NOW,** on this 7th day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 104) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 107) are **OVERRULED**;

3. Defendant's motion to dismiss (Doc. No. 127) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff's Title VII claims, raised in Counts I, II, and III of Plaintiff's Complaint (Doc. No. 132), are **DISMISSED WITH PREJUDICE**;

    b. Plaintiff's PHRA claims, raised in Counts I, II, and III of Plaintiff's Complaint (Doc. No. 132), are **DISMISSED WITHOUT PREJUDICE**;

    c. Counts IV, VI and VII of Plaintiff's Complaint (Doc. No. 132) are **DISMISSED WITHOUT PREJUDICE**; and

    d. In all other respects, the motion is **DENIED**; and

4. The above-captioned action is referred back to Magistrate Judge Schwab for further pre-trial management.

                                                  _s/ Yvette Kane_____
                                                Yvette Kane, District Judge
                                                United States District Court